IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRAEMER BROTHERS, LLC : CIVIL ACTION
:
   v. :
: No. 09-2027
:
SOVEREIGN ENVIRONMENTAL GROUP :

## ORDER

AND NOW, this 14th day of January, 2010, the "Motion of Defendant, Sovereign Environmental Group, to Dismiss the Complaint of Plaintiff, Kraemer Brothers, LLC" (docket no. 4) is denied. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.