IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRAEMER BROTHERS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-2027 |
| | : | |
| SOVEREIGN ENVIRONMENTAL GROUP | : | |

**<u>ORDER</u>**

AND NOW, this 24th day of February, 2010, the "Motion for Reconsideration of Order Dated January 14, 2010 Denying Motion of Defendant to Dismiss Complaint" (docket no. 13) is granted and plaintiff's complaint is dismissed. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.